# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM CRAWFORD, Individually and on behalf of all others similarly situated, ) ) | Case No. 1:16-cv-1813-WTL-MPB |
| ) | Judge William T. Lawrence |
| Plaintiffs, ) | Magistrate Judge Matthew P. Brookman |
| v. ) ) | |
| ATLANTIC COAST CONFERENCE, and ) THE NATIONAL COLLEGIATE ATHLETIC ) ASSOCIATION, ) ) | |
| Defendants. ) | |

## ORDER

THIS CAUSE coming on to be heard on Defendant Atlantic Coast Conference's Unopposed Motion for Extension of Time to Answer or Otherwise Plead In Response To Plaintiff's Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Defendant Atlantic Coast Conference's Motion is granted;

2. Defendant Atlantic Coast Conference is hereby granted a 30 day extension of time, to and including September 7, 2016, to answer or otherwise plead in response to Plaintiff's Complaint.

**DATED:** _____   **ENTERED:**

_____

Service will be made electronically on
all ECF-registered counsel of record via
email generated by the Court's ECF system

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016 I electronically transmitted the foregoing **ORDER** to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case

/s/ Michael A. Grill

*Attorney for Defendant Atlantic Coast Conference*

#11360071_v1